UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELIZABETH ANNE BROOKS                          :

           Plaintiff,                    :      ORDER

  -v.-                                                         :
                                                                                    21 Civ. 6453 (GWG)
ANDREW SAUL,                                          :

           Defendant.                :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       In light of the fact that defendant filed his brief well in advance of the December 16, 2022, due date, the plaintiff is encouraged (though not required) to similarly file any reply in advance of her own due date. In the event plaintiff does not intend to file a reply, she shall file a letter so stating.

       SO ORDERED.

Dated: December 7, 2022
       New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge