**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELIZABETH ANN BROOKS,

                Plaintiff,

-against-                              21 **CIVIL** 6453 (GWG)

**JUDGMENT**

KILOLO KIJAKAZI,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 27, 2023, Brooks's motion for judgment on the pleadings (Docket # 24) is denied, and the Commissioner's cross-motion (Docket # 28) is granted.

**Dated:** New York, New York

      January 27, 2023

                                                  **RUBY J. KRAJICK**

                                                     _____
                                                          **Clerk of Court**

                          **BY:**    *K. Mango*

                                                          _____
                                                          **Deputy Clerk**